78 P.3d 275

**CHEREE L.**

v.

**ADES/PRECIOUS L.**

No. CV–03–0179–PR.

Supreme Court of Arizona.

Oct. 28, 2003.

ORDERED: Motion to Strike Response Made by Non–Party to the Petition for Review DENIED.

FURTHER ORDERED: Petition for Review DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

78 P.3d 275

**UNDERGROUND TECHNOLOGIES et al.**

v.

**ICA/PETRONI.**

No. CV–03–0207–PR.

Supreme Court of Arizona.

Oct. 28, 2003.

ORDERED: Petition for Review DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.